CAUSE NOS. 01-13-00415-CR, 01-13-00416-CR, 01-13-00417-CR

| | | |
|---|---|---|
| JAVIER NOEL CAMPOS<br>Petitioner | § | IN THE COURT OF APPEALS |
| | § | FIRST JUDICIAL DISTRICT |
| VS. | § | |
| | § | HOUSTON, TEXAS |
| THE STATE OF TEXAS<br>Respondent | § | |

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS
AUG 12 2015
CHRISTOPHER A. PRINE
CLERK

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF ON THE MERITS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JAVIER NOEL CAMPOS, Petitioner, in the above entitled and numbered cause and respectfully moves this Honorable Court to extend the time to file a brief on the merits and would show the Court the following:

I

Petitioner filed a Petition for Discretionary Review on April 22, 2015, under cause nos. PD-0054-15, PD-0055-15, & PD-0056-15. The Court of Criminal Appeals granted Petitioner's PDR on July 29, 2015, and remanded this cause to the Court of Appeals, First Judicial District.

II

Petitioner currently represents himself pro se. He has no training in the field of law and needs additional time to read case law and conduct his own research in order to properly prepare and file his brief.

III

This motion is in the interest of justice and not meant to delay the proceeding. An additional sixty (60) days is respectfully requested.

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS
AUG 12 2015
CHRISTOPHER A. PRINE
CLERK

PRAYER

WHEREFORE, PREMISSES CONSIDERED, Petitioner respectfully prays that this Honorable Court grant Petitioner an additional sixty (60) days to file his brief.

Respectfully Submitted,

_____
Javier N. Campos-Petitioner
Pro Se Representation
TDCJ No. 1854678
Stiles Unit
3060 FM 3514
Beaumont, TX. 77705

CERTIFICATE OF SERVICE

I, Javier N. Campos, do hereby certify that a true and correct copy of the above and foregoing Motion, has been forwarded by U.S. Mail, postage prepaid, first class, to the State Prosecuting Attorney, P.O. Box 12405, Austin, TX. 78711, and the District Attorney for Harris County, 1201 Franklin, Suite 600, Houston, TX. 77002 on the 10th day of August, 2015.

_____
Javier N. Campos-Petitioner
Pro Se Representation

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

AUG 12 2015

CHRISTOPHER A. PRINE

CLERK

Javier N. Campos
TDCJ No. 1854678
Stiles Unit
3060 FM 3514
Beaumont, TX. 77705

August 10, 2015



RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

AUG 11 2015

CHRISTOPHER A. PRINE
CLERK

Clerk
Court of Appeals
First Judicial District
301 Fannin St.
Houston, TX. 77002

RE: Javier Noel Campos v. The State of Texas
Cause Nos. 01-13-00415-CR, 01-13-00416-CR, 01-13-00417-CR

Dear Clerk:

Enclosed, please find one original and one copy of Motion for Extension of Time to File Brief on the Merits. Please file the original copy with the Court and bring it to the attention of the Judge for consideration. Please date-stamp the copy and return it to me in the SASE. If you have any questions please contact me at the address above.

Sincerely,

Javier N. Campos-Petitioner
Pro Se Representation

CC:
    Campos File



RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

AUG 11 2015

CHRISTOPHER A. PRINE
CLERK

MAIL RECEIVED

MAIL RECEIVED

Clerk
Court of Appeals
First Judicial District
301 Fannin St.
Houston, TX. 77002